Francine VerHagen

PO Box 231

Buffalo, NY 14207

fverhagen1618@gmail.com



January 8, 2026

Clerk of the Court

U.S. District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

RE: Follow-Up on §1983 Civil Rights Complaint – Erie County Sheriff's Office

Docket No.: 1:25-cv-00804 | Filed: September 3, 2025

Motion for Leave to Proceed In Forma Pauperis – Still Pending

To the Clerk:

I am writing as a pro se litigant to respectfully follow up on the status of my §1983 civil rights complaint filed against the Erie County Sheriff's Office in or around September 2025. At the time of filing, I submitted a motion to proceed in forma pauperis (poor person application) along with the complaint and supporting documents.

To date, I have not received a notice of deficiency or any service-related correspondence from the Court. I am submitting this letter in person to respectfully request:

1. Confirmation of whether the complaint and poor person motion were docketed and are under review; and

2. Notice of any required corrections, deficiencies, or next steps on my part to advance this case.

This matter involves serious allegations of constitutional violations, including due process violations, custodial interference, and civil rights abuses by law enforcement officers. I remain available to provide

any additional information the Court may need and respectfully request that the case be reviewed or scheduled for preliminary consideration.

Thank you for your time and assistance.

Sincerely,

Francine VerHagen

Pro Se Petitioner